# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

CLAUDINE JEAN and MARIE C.
JEAN,

    Plaintiffs,

v.              Case No:   6:25-cv-1214-ACC-LHP

THE FIRST LIBERTY INSURANCE
CORPORATION,

    Defendant

_____

## ORDER

    Before the Court is a Joint Motion for Leave to Mediate by Videoconference.

Doc. No. 36.   The mediator consents.   *Id.* ¶ 8.   On review, the motion (Doc. No.

36) is **GRANTED**.[1]   The parties may conduct their mediation by videoconference.

The parties and/or their representatives must be present throughout the duration

of the mediation, just as if they were attending the mediation in person.

---

[1] The Court notes that the motion does not include a memorandum of legal authority as required by Local Rule 3.01(b).   Going forward, future filings that fail to comply with all applicable Local Rules may be stricken or summarily denied without further notice.

**DONE** and **ORDERED** in Orlando, Florida on December 1, 2025.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record